RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/6/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 09-00306-01 |
| VERSUS | * | JUDGE DRELL |
| SIDNEY JOSEPH LEMOINE | * | MAGISTRATE JUDGE KIRK |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Louisiana State Employee's Retirement System, and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 25, 2011, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of $30,586.11, which represents a refund of accumulated employee contributions to the Louisiana State Employees' Retirement System and a monthly retirement benefit of an unknown amount (calculated upon the member's years of service multiplied by 2.5% and final average compensation) that will begin on March 7, 2014.

On July 15, 2011, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

An additional 10% penalty does not apply to the refund of accumulated contributions. Where the United States is seeking to collect a debt owed to it, the Tax Court has ruled that the additional 10% penalty tax does not apply. Murillo v. Commisioner, T.C. Memo 1998-13, acq. 1999-1C.B. 332 (seizure of IRA in forfeiture proceeding for violation of money laundering statute). Where the government action triggers early distribution from a qualified plan, the additional 10% tax assessed pursuant to 26 U.S.C. § 72(t) does not apply. The collection criminal fines or restitution payments under 18 U.S.C. § 3613 and 28 U.S.C. § 3205 are such government actions. See The Internal

Revenue Service's Private Letter Ruling 200426027, 2004 WL 1427592 (IRS PLR (March 30, 2004).

With respect to a 20% withholding tax, if the owner of a qualified retirement account receives "eligible rollover distribution" from the account, then 26 U.S.C. § 3405(c) requires the payer of the distribution to withhold 20 percent of the distribution. Withholding under this section may not be avoided by an election of no withholding, as is otherwise available for withholding from periodic pension payments. A lump sum distribution under the Mandatory Victims Restitution Act is an "eligible rollover distribution" under section 402(c)(4) because it is a distribution of all or any part of the balance to the creditor of an employee under a qualified trust and is subject to the mandatory withholding. Id.

IT IS ORDERED that pursuant to 28 U.S.C. §3205, Garnishee and its successors or assigns pay into the hands of the United States Attorney, the refund of the accumulated employee contributions to the Louisiana State Employee's Retirement System in the amount of $30,586.11 less a 20% withholding tax which shall be withheld by the Garnishee pursuant to 26 U.S.C. § 3405(c).

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Sidney Joseph Lemoine, receives retirement income from Garnishee and its successors or assigns and is due income, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or
2. All amounts of defendant's disposable earnings in excess of thirty excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or

control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: Oct. 6, 2011

By: _____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Sidney Joseph Lemoine - #14671-035, c/o FPC - Montgomery, Maxwell Air Force Base, Montgomery, AL 36112 and upon the Louisiana State Employees' Retirement System, Attn: Kenneth L. Roche, III, Post Office Box 44213, Baton Rouge, LA 70804-4213, by placing same in the United States Mail, postage prepaid, first class, on this the 8th day of September, 2011.

/s/Sheila W. Still
Financial Litigation Unit